

FILED
2017 Sep-20 PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **LAQUAN JACKSON and VICKI JACKSON,**   Plaintiffs,   v.   **VELOCITY INVESTMENTS, LLC**   Defendant. | ) ) ) ) ) ) ) ) **Case No.: 1:16-CV-0991-VEH** ) ) ) ) ) ) |
| **TERESA STACKS,**   Plaintiff,   v.   **VELOCITY INVESTMENTS, LLC,**   Defendant. | ) ) ) ) ) ) ) **Case No.: 1:16-CV-1023-VEH** ) ) ) ) ) |

## ORDER CONSOLIDATING AND REFERRING ACTIONS TO MAGISTRATE JUDGE FOR MEDIATION

The parties in these two lawsuits have advised in their respective Joint Status Report in Response to Order of August 28, 2017 (docs. 29, 30) that they desire to mediate before a Magistrate Judge. (Doc. 29 at 1 ¶ 2; Doc. 30 at 1 ¶ 2). The parties have further communicated (via email by counsel to the undersigned's courtroom deputy) that they have no objection to the consolidation of these similar lawsuits (*i.e.*,

overlapping legal claims, comparable factual allegations, identical defendant, identical counsel for defendant, and identical counsel for plaintiffs) for the purpose of mediation only.

Therefore, with the consent of all parties, these actions are **HEREBY CONSOLIDATED** for mediation only. Further, the Court concludes that sending these cases to mediation as requested by the parties is appropriate. Therefore, the Clerk of Court is **HEREBY DIRECTED** to refer these consolidated cases to a Magistrate Judge by random draw. A status report from the Magistrate Judge is due within 30 days after the mediation is completed.

Finally, as additionally requested by the parties, all unexpired deadlines in both lawsuits are **HEREBY STAYED**. (Doc. 29 at 2 ¶ 4; Doc. 30 at 2 ¶ 4). The stay shall be lifted as of the date that the Magistrate Judge files the status report and, as to each deadline, the parties shall have the same number of days from such report date as they currently have.[1]

**DONE** and **ORDERED** this 20th day of September, 2017.

                                                        **VIRGINIA EMERSON HOPKINS**
                                                       United States District Judge

---

[1] In the event that mediation fails, the Court would welcome a joint notice of agreed-to scheduling deadlines from the parties, setting out those recalculated unexpired deadlines for each case.