# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN/EASTERN DIVISION

| | |
|---|---|
| **LAQUAN JACKSON and VICKI JACKSON,** | ) |
| Plaintiffs, | ) |
| v. | ) **Case No.: 2:16-CV-0991-VEH** |
| **VELOCITY INVESTMENTS, LLC,** | ) |
| Defendant. | ) |
| **TERESA STACKS,** | ) |
| Plaintiff, | ) |
| v. | ) **Case No.: 1:16-CV-1023-VEH** |
| **VELOCITY INVESTMENTS, LLC,** | ) |
| Defendant. | ) |

## ORDER

The court having been advised by counsel that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, that any party may seek to reopen the action within ninety (90) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties. All

future status conferences are hereby cancelled.

    **DONE** and **ORDERED** this 27th day of April, 2018.

/s/ VEHopkins
**VIRGINIA EMERSON HOPKINS**
United States District Judge